# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

SECURITIES AND EXCHANGE COMMISSION,

V.

HOMERO JOSHUA GARZA, ET AL.,

SUMMONS IN A CIVIL CASE

CASE NUMBER: 3:15-CV-01760-JAM

TO: **GAW Miners, LLC, Zenminer, LLC**
Defendant's Address:

> GAW Miners, LLC
> c/o VCORP Services, LLC
> As Registered Agent of Record
> 1013 Centre Road Suite 403-B
> Wilmington, DE 19805

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Kathleen Burdette Shields**
**U. S. Securities and Exchange Comm. Boston**
**33 Arch St., 23rd Floor**
**Boston, MA 02110**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – T Nuzzi
_____
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2015-12-02 08:39:23.0, Clerk
USDC CTD

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* GAW MINERS, LLC
was received by me on *(date)* 12/2/15.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* VCORP SERVICES, LLC _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
GAW MINERS, LLC on *(date)* 12/4/15 ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $ — for travel and $ — for services, for a total of $ — 0.00

I declare under penalty of perjury that this information is true.

Date: 12/9/15

*Stephanie Orsino*
Servers signature

STEPHANIE ORSINO, Paralegal
Printed name and title

33 Arch St. #2330, Boston, MA 02110
Servers address

Additional information regarding attempted service, etc:



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
BOSTON REGIONAL OFFICE
33 ARCH STREET
23RD FLOOR
BOSTON, MASSACHUSETTS 02110-1424

December 2, 2015

**VIA Overnight Delivery**
VCORP Services, LLC
As Registered Agent of Record
1013 Centre Road Suite 403-B
Wilmington, DE 19805

    RE:    Securities and Exchange Commission v. Homero Garza, et al
              United States District Court District of Connecticut # 15cv01760-JAM

To whom it may concern:

    You are currently listed by the State of Delaware Corporations Division as the Registered Agent of Record authorized to accept service of process on behalf of Zenminer, LLC and GAW Miners, LLC.

    As such, I have enclosed copies of a Complaint and Summons issued to both entities by the United States District Court for the District of Connecticut, relative to the above captioned case, to be served by you upon the entities

    If you have any questions, please contact me at (617) 573-8937. Thank you for your cooperation in this matter.

                                              Sincerely,

                                              Stephanie DeSisto
                                              Paralegal

Enclosures:    Summons (2)
                       Complaint (2 copies)

 **Shipment Receipt**

Transaction Date: 02 Dec 2015          Tracking Number:      1ZA376E10195862619

### Address Information

| Ship To: | Ship From: | Return Address: |
|---|---|---|
| VCORP SERVICES LLC | SEC-Boston REGIONAL | SEC-Boston REGIONAL |
| 1013 Centre Road Suite 403-B | Stephanie DeSisto | Stephanie DeSisto |
| WILMINGTON DE 19805 | 33 Arch Street | 33 Arch Street |
| | 23rd FL | 23rd FL |
| | Boston MA 02110 | Boston MA 02110 |
| | Telephone:6175738937 | Telephone:6175738937 |

### Package Information

| | Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|---|
| 1. | Letter (Letter billable) | UPS Letter | | Reference #1 - Summ & Cplt GAW and ZENMINER |

### UPS Shipping Service and Shipping Options

| Service: | UPS Next Day Air | | |
|---|---|---|---|
| Guaranteed By: | 10:30 AM Thursday, Dec 3, 2015 | | |
| Shipping Fees Subtotal: | 26.13 USD | Additional Shipping Options | |
| Transportation | 25.00 USD | Quantum View Notify E-mail Notifications: | No Charge |
| Fuel Surcharge | 1.13 USD | 1  desistos@sec.gov:  Exception, Delivery | |

### Payment Information

Bill Shipping Charges to:                  Shipper's Account A376E1

| Charges: | 26.13 USD |
|---|---|
| A discount has been applied to the Daily rates for this shipment | |
| Negotiated Charges: | 4.59 USD |
| Total Charges: | 4.59 USD |

Note: Your invoice may vary from the displayed reference rates.

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.



## Delivery Notification

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z A37 6E1 01 9586 261 9 |
| Reference Number(s): | SUMM & CPLT GAW AND ZENMINER |
| Service: | NEXT DAY AIR |
| Shipped/Billed On: | 12/02/2015 |
| Delivered On: | 12/04/2015 9:48 A.M. |
| Delivered To: | 1013 CENTRE RD<br>403B AIR<br>WILMINGTON, DE, US  19805 |
| Signed By: | QUINN |
| Location: | FRONT DESK |

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:   12/09/2015 11:39 A.M.   ET