UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:15-cv-1760-JAM<br>) |
| HOMERO JOSHUA GARZA,<br>GAW MINERS, LLC, and<br>ZENMINER, LLC (d/b/a ZEN CLOUD), | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Marjorie Peerce, Esq.
      Ballard Spahr LLP
      919 Third Avenue, 37th Floor
      New York, NY 10022-3915

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity or individual I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity or individual I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity or individual I represent, must file and serve an answer or a motion under Rule 12 within 60 days from December 2, 2015, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Dated: 12/28/15

_____
Marjorie Peerce, Esq.
Ballard Spahr LLP
919 Third Avenue, 37th Floor
New York, NY 10022-3915