UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 3:15-CV-1760-JAM |
| HOMERO JOSHUA GARZA, GAW MINERS, LLC, and ZENMINER, LLC (d/b/a ZEN CLOUD), | ) ) ) ) ) |
| Defendants. | ) ) |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Plaintiff Securities and Exchange Commission (the "Commission") requests that the Clerk of Court enter a default pursuant to Fed. R. Civ. P. 55(a) against defendants GAW Miners, LLC ("GAW Miners") and ZenMiner, LLC d/b/a Zen Cloud ("ZenMiner").

In support of this request, the Commission submits the attached Declaration of Kathleen B. Shields, Esq. indicating that both GAW Miners and ZenMiner were served with the Summons and Complaint and that neither entity has filed an answer or otherwise responded to the Complaint within the time period prescribed by Fed. R. Civ. P. 12(a)(1)(A).

Judgment by default must be entered by the Court pursuant to Fed. R. Civ. P. 55(b)(2), because the Commission has requested a permanent injunction and because a determination of the proper amount of disgorgement and civil penalties will require the submission of evidentiary materials. Accordingly, following entry of default by the Clerk, the Commission will file a Motion for Entry of Default Judgment with supporting memorandum and exhibits, and may also seek a further hearing to determine the amount of damages against both GAW Miners and

ZenMiner pursuant to Fed. R. Civ. P. 55(b)(2).

|  |  |
|---|---|
| Dated: January 6, 2016 | Respectfully submitted,<br><br>SECURITIES AND EXCHANGE COMMISSION<br>By its attorneys,<br><br>/s/ Kathleen B. Shields<br>Kathleen B. Shields (Mass. Bar No. 637438, phv 04710)<br>Gretchen Lundgren (Mass. Bar No. 644742)<br>Michele Perillo (Mass. Bar No. 629343)<br>Attorneys for Plaintiff<br>SECURITIES AND EXCHANGE COMMISSION<br>33 Arch Street, 23rd Floor<br>Boston, MA  02110<br>(617) 573-8904 (Shields direct)<br>(617) 573-4590 (fax)<br>shieldska@sec.gov (Shields email)<br><br>Local Counsel:<br><br>/s/ John B. Hughes<br>John B. Hughes (Fed. Bar No. CT 05289)<br>Assistant United States Attorney<br>Chief, Civil Division<br>United States Attorney's Office<br>Connecticut Financial Center<br>157 Church St., 23rd Floor<br>New Haven, CT  06510<br>Phone: (203) 821-3700<br>Fax: (203) 773-5373 |

## CERTIFICATE OF SERVICE

I, Kathleen Shields, hereby certify that on January 6, 2016, I caused a true copy of the foregoing document to be filed through the ECF system and, accordingly, the document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").  I also sent copies by first class mail to the defendant entities' agents for service of process.

/s/ Kathleen Shields
Kathleen Shields