UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                           )
SECURITIES AND EXCHANGE COMMISSION,        )
                                           )
                    Plaintiff,             )
                                           )
        v.                                 )        Case No. 3:15-CV-1760-JAM
                                           )
HOMERO JOSHUA GARZA,                       )
GAW MINERS, LLC, and                       )
ZENMINER, LLC (d/b/a ZEN CLOUD),           )
                                           )
                    Defendants.            )
_____)

## DECLARATION OF KATHLEEN SHIELDS, ESQ.

I, Kathleen Burdette Shields, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.      I am an attorney and a member in good standing of the bar of the Commonwealth of Massachusetts.  I am employed as a Senior Trial Counsel with the U.S. Securities and Exchange Commission ("the Commission") in its Boston Regional Office.

2.      I make this Declaration based upon my personal knowledge and upon information and belief as set forth below, and in support of Plaintiff's Request for Entry of Default.

3.      On December 1, 2015, the Commission filed its Complaint in this action. On December 4, 2015, a package containing the Summons and Complaint were served upon defendants GAW Miners, LLC and ZenMiner, LLC (d/b/a Zen Cloud) by serving their registered agents of record, VCorp Services, LLC.  On December 9, 2015, the executed returns of service for both GAW Miners and ZenMiner were filed with the Court.

4.      The Court's public docket indicates that the deadline for both GAW Miners and ZenMiner to answer or otherwise respond to the Complaint was December 25, 2015.   Because that day was a holiday, their time to answer or otherwise respond was extended to December 28, 2015, by operation of Federal Rules of Civil Procedure 12(a) and 6(a)(1)(C).

5.      To the best of my knowledge, and as reflected on the Court's public docket for this action, neither GAW Miners nor ZenMiner has filed an answer or otherwise responded to the Complaint as of today.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 6, 2015, in Boston, Massachusetts.


/s/ Kathleen B. Shields
Kathleen B. Shields