# UNITED STATES DISTRICT COURT
for the

District of Connecticut

**Securities and Exchange Commission,**

*Plaintiff*

v.    Case No.    **3:15-cv-1760-JAM**

**Homero Joshua Garza, et al.**

*Defendant*

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Homero Joshua Garza**

Date:   **January 27, 2016**

**/s/ Michael J. Grudberg**

*Attorney's signature*

**Michael J. Grudberg (ct23165)**

*Printed name and bar number*

**BALLARD SPAHR LLP**
**919 Third Avenue, 37th Floor**
**New York, NY  10022**

*Address*

**grudbergm@ballardspahr.com**

*E-mail address*

**212-223-0200**

*Telephone number*

**212-223-1942**

*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on **January 27, 2016**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**/s/ Michael J. Grudberg**
*Attorney's signature*