UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) | |
| Plaintiff, | ) | 3:15 CV 1760 (JAM) |
| v. | ) ) | |
| HOMERO JOSHUA GARZA, et al., | ) | January 27, 2016 |
| Defendants. | ) | |

CONSENT MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT

Defendant Homero Joshua Garza, by and through his attorneys, Ballard Spahr LLP, respectfully moves this Court on consent of Plaintiff Securities and Exchange Commission for an Order, pursuant to Local Rule 7(b)(1)(a), to extend by 30 days his time to file an answer or motion addressed to the complaint.

1. The response to the complaint is currently due on or before February 1, 2016; Mr. Garza seeks hereby an extension to and including March 2, 2016.

2. Plaintiff Securities and Exchange Commission consents to this motion.

3. No prior application has been made by Mr. Garza for similar relief.

Respectfully submitted,

BALLARD SPAHR LLP

By: /s/ Michael J. Grudberg
Michael J. Grudberg (ct23165)

919 Third Avenue, 37th Floor
New York, NY  10022
Tel:   212-223-0200
Fax:   212-223-1942

I hereby certify that on January 27, 2016, a copy of the foregoing Consent Motion to Extend Time to Respond to Complaint was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM / ECF System.

     /s/ Michael J. Grudberg  
         Michael J. Grudberg