UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                                )
SECURITIES AND EXCHANGE COMMISSION,             )
                                                )
                Plaintiff,                      )
                                                )
        v.                                      )        Case No. 3:15-CV-1760-JAM
                                                )
HOMERO JOSHUA GARZA,                            )
GAW MINERS, LLC, and                            )
ZENMINER, LLC (d/b/a ZEN CLOUD),                )
                                                )
                Defendants.                     )
_____ )

### SECURITIES AND EXCHANGE COMMISSION'S
### MOTION FOR DEFAULT JUDGMENT AGAINST
### DEFENDANTS GAW MINERS, LLC AND ZENMINER, LLC

        The plaintiff Securities and Exchange Commission ("Commission") hereby requests that

this court enter default judgment against Defendants GAW Miners, LLC and ZenMiner, LLC

pursuant to Federal Rule of Civil Procedure 55(b)(2).  In support of this motion, the Commission

has filed herewith a memorandum of law and a declaration of Trevor Donelan.  Also filed

herewith is a proposed form of final judgment against GAW Miners, LLC and ZenMiner, LLC.

                                By its attorneys,
                                SECURITIES AND EXCHANGE COMMISSION

                                /s/ Kathleen B. Shields
                                Kathleen B. Shields (Mass. Bar No. 637438,
                                phv 04710)
                                Gretchen Lundgren (Mass. Bar No. 644742)
                                Michele Perillo (Mass. Bar No. 629343)
                                SECURITIES AND EXCHANGE COMMISSION
                                33 Arch Street, 24th Floor
                                Boston, MA  02110
                                (617) 573-8904 (Shields direct)
                                (617) 573-4590 (fax)
                                shieldska@sec.gov (Shields email)

Local Counsel:

/s/ John B. Hughes
John B. Hughes (Fed. Bar No. CT 05289)
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church St., 23rd Floor
New Haven, CT  06510
Phone: (203) 821-3700
Fax: (203) 773-5373

February 12, 2016

## CERTIFICATE OF SERVICE

I, Kathleen Shields, hereby certify that on February 12, 2016, I caused a true copy of the foregoing document, along with the supporting memorandum of law, the supporting declaration of Trevor Donelan, and the proposed final judgment, to be filed through the ECF system and, accordingly, the document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").  I also sent copies of those documents by overnight mail to the agent for service of process of defendants GAW Miners, LLC and ZenMiner, LLC.

/s/ Kathleen Shields
Kathleen Shields