# Exhibit 1



# U.S. Securities and Exchange Commission
# Division of Enforcement
# Prejudgment Interest Report

## GAW Miners (B-02979)

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $10,078,331.00 |
| 01/01/2015-03/31/2015 | 3% | 0.74% | $74,552.04 | $10,152,883.04 |
| 04/01/2015-06/30/2015 | 3% | 0.75% | $75,938.00 | $10,228,821.04 |
| 07/01/2015-09/30/2015 | 3% | 0.76% | $77,346.70 | $10,306,167.74 |
| 10/01/2015-12/31/2015 | 3% | 0.76% | $77,931.57 | $10,384,099.31 |

**Prejudgment Violation Range**
01/01/2015-12/31/2015

**Quarter Interest Total**
$305,768.31

**Prejudgment Total**
$10,384,099.31