UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) | |
| Plaintiff, | ) | 3:15 CV 1760 (JAM) |
| v. | ) ) | |
| HOMERO JOSHUA GARZA, et al., | ) | February 24, 2016 |
| Defendants. | ) | |

CONSENT MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT

Defendant Homero Joshua Garza, by and through his attorneys, Ballard Spahr LLP, respectfully moves this Court on consent of Plaintiff Securities and Exchange Commission for an Order, pursuant to Local Rule 7(b)(2), to extend by 30 days his time to file an answer or motion addressed to the complaint.

1. The response to the complaint is currently due on or before March 2, 2016; Mr. Garza seeks hereby an extension to and including April 1, 2016.

2. Plaintiff Securities and Exchange Commission does not oppose this motion.

3. Mr. Garza's time to file an answer or motion addressed to the complaint was previously extended from February 2 to March 2, 2016.

Respectfully submitted,

BALLARD SPAHR LLP

By: /s/ Michael J. Grudberg
      Michael J. Grudberg (ct23165)

919 Third Avenue, 37th Floor
New York, NY 10022
Tel: 212-223-0200
Fax: 212-223-1942

I hereby certify that on February 24, 2016, a copy of the foregoing Consent Motion to Extend Time to Respond to Complaint was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM / ECF System.

      /s/ Michael J. Grudberg
          Michael J. Grudberg