UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| | ) | 3:15 CV 1760 (JAM) |
| Plaintiff, | ) ) | |
| v. | ) | March 25, 2016 |
| | ) | |
| HOMERO JOSHUA GARZA, et al., | ) ) | |
| Defendants. | ) | |

MOTION TO ADMIT MARJORIE J. PEERCE
PRO HAC VICE AS COUNSEL FOR DEFENDANT

Michael J. Grudberg of Ballard Spahr LLP, counsel for Defendant Homero Joshua Garza, respectfully moves this Court pursuant to Local Rule 83.1, for an Order admitting Marjorie J. Peerce pro hac vice in this matter as counsel to Mr. Garza. Ms. Peerce is also affiliated with Ballard Spahr LLP, and has been principal counsel for Mr. Garza throughout the firm's representation. Ms. Peerce's affidavit pursuant to Local Rule 83.1(d), dated March 25, 2016, is attached as an exhibit to this motion.

Respectfully submitted,

BALLARD SPAHR LLP

By: /s/ Michael J. Grudberg
 Michael J. Grudberg (ct23165)

919 Third Avenue, 37th Floor
New York, NY 10022
Tel: 212-223-0200
Fax: 212-223-1942

I hereby certify that on March 25, 2016, a copy of the foregoing Motion to Admit Marjorie J. Peerce Pro Hac Vice as Counsel for Defendant was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM / ECF System.

      /s/ Michael J. Grudberg
      Michael J. Grudberg