UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | 3:15 CV 1760 (JAM) February 24, 2016 |
| v. | ) ) | |
| HOMERO JOSHUA GARZA, et al., | ) ) ) | AFFIDAVIT OF MARJORIE J. PEERCE IN SUPPORT OF PRO HAC VICE MOTION |
| Defendants. | ) | |

STATE OF NEW YORK      )
                                           ss.:
COUNTY OF NEW YORK  )

Marjorie J. Peerce, being duly sworn, deposes and says:

1. I am a partner at Ballard Spahr, LLP, 919 Third Avenue, New York, New York 10022, (tel) 212-223-0200, (fax) 212-223-1942, email: peercem@ballardspahr.com.

2. I am a member of the Courts of the State of New York, as well as the SDNY, EDNY and the Second Circuit. My New York State bar number is 1921683. I am also a member of the District of Columbia bar as well as a member of the Bar of the United States District Court for the District of Columbia. My District of Columbia bar number is 391625. I am not a member of any other courts.

3. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

4. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct; and

6. I designate Michael Grudberg as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

By: /s/ Marjorie J. Peerce
Marjorie J. Peerce

Sworn to before me this
25th day of March, 2016

_Margaret McNally_
Notary Public

MARGARET MCNALLY
Notary Public, State of New York
No. 01MC4961974
Qualified in Orange County
Commission Expires February 12, 20 18