UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) )  ) |
| Plaintiff, | ) ) |
| v. | )    Case No. 3:15-CV-1760-JAM ) |
| HOMERO JOSHUA GARZA, GAW MINERS, LLC, and ZENMINER, LLC (d/b/a ZEN CLOUD), | ) ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S MOTION TO SEAL ITS OPPOSITION TO DEFENDANT GARZA'S MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Plaintiff Securities and Exchange Commission (the "Commission") hereby moves to file under seal its attached Opposition to defendant Homero Joshua Garza's ("Garza") motion for an extension of time to answer, or plead in response to, the complaint. As grounds therefore, the Commission states that Mr. Garza has requested that his motion and the Commission's opposition be filed under seal and the Commission does not oppose that request.

Dated: March 29, 2016								Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION
By its attorneys,

/s/ Kathleen B. Shields
Kathleen B. Shields (Mass. Bar No. 637438, phv 04710)
Gretchen Lundgren (Mass. Bar No. 644742)
Michele Perillo (Mass. Bar No. 629343)
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 24th Floor
Boston, MA 02110
(617) 573-8904 (Shields direct)
(617) 573-4590 (fax)
shieldska@sec.gov (Shields email)

Local Counsel:

/s/ John B. Hughes
John B. Hughes (Fed. Bar No. CT 05289)
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church St., 23rd Floor
New Haven, CT 06510
Phone: (203) 821-3700
Fax: (203) 773-5373

CERTIFICATE OF SERVICE

    I, Kathleen Shields, hereby certify that on March 29, 2016, I caused a true copy of the foregoing sealed document to be filed through the ECF system and, accordingly, the document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"). I also sent copies by email to Mr. Garza's counsel.

                                                 /s/ Kathleen Shields
                                                 Kathleen Shields