# UNITED STATES DISTRICT COURT
for the
District of Connecticut

**Securities and Exchange Commission,**
*Plaintiff*  )
)
v.  )  Case No.  **3:15-cv-01760-JAM**
)
**Homero Joshua Garza, et al.**  )
)
*Defendant*

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Homero Joshua Garza**

Date: **4/11/2016**

**/s/ Marjorie J. Peerce**
*Attorney's signature*

**Marjorie J. Peerce (PHV08111)**
*Printed name and bar number*

**BALLLARD SPAHR LLP
919 Third Ave, 37 FL
New York, NY 10022**
*Address*

**peercem@ballardspahr.com**
*E-mail address*

**212-223-0200**
*Telephone number*

**212-223-1942**
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on **04/11/2016**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**/s/ Marjorie J. Peerce**
*Attorney's signature*