UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>HOMERO JOSHUA GARZA,<br>GAW MINERS, LLC, and<br>ZENMINER, LLC (d/b/a ZEN CLOUD),<br><br>Defendants. | Case No. 3:15-CV-1760-JAM |

**SECURITIES AND EXCHANGE COMMISSION'S
MOTION FOR ENTRY OF CLARIFYING FINAL JUDGMENT AGAINST
<u>DEFENDANTS GAW MINERS, LLC AND ZENMINER, LLC</u>**

On May 29, 2017, the Court entered an Order for Entry of Default Judgment ("Order") against defendants Gaw Miners, LLC and ZenMiner, LLC.  *See* Doc. No. 39.  The plaintiff Securities and Exchange Commission ("Commission") hereby requests that this court enter the attached proposed final judgment against those two defendants to implement the Court's Order.  The attached proposed final judgment incorporates the text of the Court's Order in its introductory section, clarifies the scope of the permanent injunctions to which the defendants are subject by quoting the statutory prohibitions, and further clarifies that, pursuant to Fed. R. Civ. P. 54(b), there is no just reason to delay the implementation of this judgment.  Accordingly, the Commission respectfully requests that the Court enter the attached proposed final judgment against defendants Gaw Miners, LLC and ZenMiner, LLC.

By its attorneys,
SECURITIES AND EXCHANGE COMMISSION

/s/ Kathleen B. Shields
Kathleen B. Shields (Mass. Bar No. 637438, phv 04710)
Gretchen Lundgren (Mass. Bar No. 644742)
Michele Perillo (Mass. Bar No. 629343)
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 24th Floor
Boston, MA  02110
(617) 573-8904 (Shields direct)
(617) 573-4590 (fax)
shieldska@sec.gov (Shields email)

Local Counsel:

/s/ John B. Hughes
John B. Hughes (Fed. Bar No. CT 05289)
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church St., 23rd Floor
New Haven, CT  06510
Phone: (203) 821-3700
Fax: (203) 773-5373

May 30, 2017

## CERTIFICATE OF SERVICE

I, Kathleen Shields, hereby certify that on May 30, 2017, I caused a true copy of the foregoing document, along with the proposed final judgment, to be filed through the ECF system and, accordingly, the document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").  I also sent copies of those documents by overnight mail to the agent for service of process of defendants GAW Miners, LLC and ZenMiner, LLC.

/s/ Kathleen Shields
Kathleen Shields