# UNITED STATES DISTRICT COURT
for the
District of Connecticut

**Securities and Exchange Commission,**

| | |
|---|---|
| *Plaintiff* | ) |
| | ) |
| v. | ) Case No. **3:15-cv-1760-JAM** |
| | ) |
| **Homero Joshua Garza, et al.** | ) |
| | ) |
| *Defendant* | |

## NOTICE OF APPEARANCE

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Securities and Exchange Commission**

Date:  **July 17, 2017**

/s/ Gretchen Lundgren

*Attorney's signature*

**Gretchen Lundgren (MA 644742)**

*Printed name and bar number*

**U.S. Securities and Exchange Commission**
**33 Arch Street**
**Boston, MA  02110**

*Address*

**lundgreng@sec.gov**

*E-mail address*

**617-573-4578**

*Telephone number*

**617-573-4590**

*FAX number*

Rev. 5/4/2011

## CERTIFICATE OF SERVICE

I hereby certify that on **July 17, 2017**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**/s/ Gretchen Lundgren**

*Attorney's signature*