UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                            )
SECURITIES AND EXCHANGE COMMISSION,   )
                                            )
               Plaintiff,                  )
                                            )
    v.                                        )   Case No. 3:15-CV-1760-JAM
                                            )
HOMERO JOSHUA GARZA,                         )
GAW MINERS, LLC, and                         )
ZENMINER, LLC (d/b/a ZEN CLOUD),             )
                                            )
               Defendants.                 )
_____)

**JOINT MOTION FOR APPROVAL OF SETTLMENT**
**AND ENTRY OF FINAL JUDGMENT**

      Plaintiff Securities and Exchange Commission (the "Commission") and Homero Joshua Garza ("Garza"), jointly move that this court enter the attached proposed Final Judgment as to Garza. The Commission and Garza have agreed to all terms in the Final Judgment. In support of this motion, attached hereto is the Consent signed by Garza and his counsel, memorializing his agreement to the terms of the Final Judgment.

      The parties respectfully request that the Court enter the attached proposed Final Judgment.

**SECURITIES AND EXCHANGE COMMISSION**
By its attorneys,

/s/ Kathleen B. Shields
Kathleen B. Shields (Mass. Bar No. 637438, phv 04710)
Gretchen Lundgren (Mass. Bar No. 644742)
Michele Perillo (Mass. Bar No. 629343)
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 24th Floor
Boston, MA 02110
(617) 573-8904 (Shields direct)
(617) 573-4590 (fax)
shieldska@sec.gov (Shields email)


**HOMERO JOSHUA GARZA**

By his attorneys,

/s/ Marjorie J. Peerce
Marjorie J. Peerce
BALLARD SPAHR LLP
919 Third Avenue, 37th Floor
New York, NY 10022
Telephone: (212) 223-0200
Facsimile: (212) 223-1942
E-mail: peercem@ballardspahr.com

Dated: October 3, 2017

## CERTIFICATE OF SERVICE

    I hereby certify that on October 3, 2017, I electronically filed the foregoing motion with the Clerk of the Court and parties of record by using the CM/ECF system.

/s/ Kathleen Shields
Kathleen Shields